Case 8:04-cv-02603-SDM-TGW   Document 33   Filed 06/22/05   Page 1 of 1 PageID 241

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERROL ISIDORE,

    Plaintiff,

v.                                      CASE NO: 8:04-cv-2603-T-23TGW

HOME DEPOT U.S.A., INC.,
d/b/a THE HOME DEPOT, INC.

    Defendant.
_____/

## **ORDER**

    The Court is advised that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause.  The Clerk is directed to (1) terminate all pending motions and (2) close the file.

    ORDERED in Tampa, Florida, on June 22, 2005.

                                                                       STEVEN D. MERRYDAY
                                                          UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy